IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Joshua Bower, | ) | C/A No.: 1:20-1213-SAL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jude Onuoha, M.D., and Foy D. Connell, | ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action

alleging violations of his constitutional rights by Defendants.[1] On August 20,

2020, defendant Onuoha filed a motion to dismiss/summary judgment. [ECF

No. 21]. As Plaintiff is proceeding pro se, the court entered an order pursuant

to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the

importance of the motion and of the need for him to file an adequate response

by September 21, 2020. [ECF No. 22]. Plaintiff was specifically advised that if

he failed to respond adequately, the motion may be granted.

Notwithstanding the specific warning and instructions set forth in the

court's *Roseboro* order, Plaintiff has failed to respond to defendant Onuoha's

motion. As such, it appears to the court that he does not oppose the motion and

---

[1] In a Report and Recommendation dated May 27, 2020, the undersigned recommended defendant Connell be summarily dismissed from this action. [ECF No. 15].

wishes to abandon this case. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to the motion by October 9, 2020. Plaintiff is further advised that if he fails to respond, the undersigned will recommend this case be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

September 25, 2020                                    Shiva V. Hodges
Columbia, South Carolina                    United States Magistrate Judge